UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD WARNELL
RICHARDSON, JR.,
     Plaintiff,

vs.                                Case No.: 3:25cv1390/AW/ZCB

OFFICER LARSON, et al.,
     Defendants.
                            /

## <u>ORDER</u>

Plaintiff has moved to compel Defendants to comply with Plaintiff's discovery requests.  (Doc. 32).  Defendants have not been served with process[1] and discovery has not been authorized.  As such, the motion is premature and will be denied.  Plaintiff will have an opportunity to conduct discovery upon the issuance of a scheduling order authorizing discovery.

Accordingly, Plaintiff's motion (Doc. 32) is **DENIED.**

**DONE AND ORDERED** this 8th day of May 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] Service cannot be completed until Plaintiff submits four copies of his third amended complaint (Doc. 21).  (*See* Docs. 23, 25, 31).

1